UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BILLIE R. HALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12CV188 SNLJ |
| ) | |
| JACKIE COOPER, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. On January 16, 2013, the Court ordered plaintiff to pay $1.00 in an initial partial filing fee. Plaintiff has failed to comply with the Order. Under 28 U.S.C. § 1915(b), plaintiff remains obligated to pay the full amount of the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that, in accordance with 28 U.S.C. § 1915(b)(2), the Clerk shall request the Missouri Department of Corrections to forward to the Court payments from plaintiff's prison account until the filing fee is paid in full.

Dated this 18th day of March, 2014.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE